## HANCOCK v. DIAMOND PLATE GLASS COMPANY ET AL.

[No. 4,682. Filed March 29, 1906. Rehearing denied June 5, 1906.]

From Howard Superior Court; *B. F. Harness,* Judge.

Action by William Hancock against the Diamond Plate Glass Company and others. From a judgment for defendants, plaintiff appeals. *Affirmed.*

*B. C. Moon,* for appellant.
*Bell & Purdum* and *Blacklidge, Shirley & Wolf,* for appellees.

ROBINSON, J.—Action by appellant upon a gas lease to recover acreage rental. Upon a trial a judgment was rendered upon a verdict in favor of appellee.

The error assigned questions the action of the court in overruling appellant's motion for a new trial.

The case is here on the second appeal. *Diamond Plate Glass Co.* v. *Hancock* (1900), 24 Ind. App. 701.

There is nothing in the questions here sought to be reviewed to prevent the application of the general rule that the principles of law declared on the appeal of a case, so far as applicable, remain the law of the case on a subsequent appeal, and must be followed whether right or wrong. The case is in all respects controlled by the principles of law announced in the case of *Hancock* v. *Diamond Plate Glass Co.* (1906), 37 Ind. App. 351, and upon the authority of that case the judgment is affirmed.